An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH JAMES CARLSON; AND
NEVADA YELLOW CAB
CORPORATION D/B/A YELLOW CAB
COMPANY, A NEVADA
CORPORATION,
Appellants,
vs.
PATRICIA L. PARKER,
Respondent.

No. 62452

**FILED**

SEP 0 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss this appeal. We approve the stipulation and hereby dismiss this appeal. As provided in the stipulation, each party shall bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

By: _Mauie K Umar_

cc: Hon. Susan Johnson, District Judge
Ara H. Shirinian, Settlement Judge
Wells & Rawlings
Bailey Kennedy
Eglet Wall Christiansen
Aaron & Paternoster, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-26043